UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHKUMBIN SHERIFI, | ) | |
| | ) | |
| NEVINE ALY ELSHIEKH | ) | |
| | ) | |

Pending before the court are defendants' motions for review of detention orders.

By way of background, on 21 January 2012, defendants were arrested on criminal complaints. On 23 January, defendants initially appeared before U.S. Magistrate Judge Robert B. Jones, Jr., who ordered defendants temporarily detained pending their preliminary and detention hearings and set those hearings for 27 January. On 26 January, defendant Elshiekh moved to continue her hearing. Judge Jones allowed the motion and continued Elshiekh's hearing to 3 February.

On 27 January, defendant Sherifi's hearing was held and recorded by a recording device. Judge Jones found probable cause to support the criminal complaint and ordered Sherifi detained pending trial. On 30 January 2012, Judge Jones's written order memorializing his findings was filed. That same day, Sherifi filed his motion for review of the detention order, which includes a request for a copy of the transcript of the hearing.

On 3 February, Elshiekh's hearing was held and recorded by a recording device. Judge Jones found probable cause to support the criminal complaint and ordered Elshiekh detained

pending trial. Judge Jones's written order was filed that same day. On 10 February, Elshiekh filed her motion for review of the detention order, which includes a request for a copy of the transcript of the hearing.

On 21 February, a nine-count indictment issued against defendants, and the government filed a notice of related case, noting that the third defendant in this case, Hysen Sherifi, was previously prosecuted and sentenced in case 5:09-CR-216-FL. On 24 February, U.S. District Judge Louise W. Flanagan disqualified herself from consideration of assignment of the instant case, whereupon the case was randomly assigned to the undersigned. Upon such assignment, the Clerk's office contacted counsel for both defendants regarding the scheduling of hearings on their motions for review of the detention orders. Counsel were informed that another Article III judge could hold hearings on the instant motions on 29 February. However, counsel were also informed that copies of transcripts of the detention hearings would not be available by that time. All counsel had scheduling conflicts with the proposed hearing date and reiterated their desire for a copy of the transcript prior to any hearing.

A hearing on Elshiekh's motion for review of the detention order is hereby SET for 8 March 2012, at 10:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The court will conduct a *de novo* review and will consider the transcript of the preliminary and detention hearing, any additional evidence offered by the parties, any briefs filed by the parties, and the arguments of counsel.

Because of the length of Sherifi's preliminary and detention hearing, a court reporter is unable to transcribe that hearing as quickly as Elshiekh's. As soon as the transcript of Sherifi's preliminary and detention hearing is filed, the court will set a hearing on his instant motion. If

Sherifi desires a hearing without the benefit of the written transcript, counsel shall file written notice of the same on or before 2 March 2012.

      This 27 February 2012.


                                         W. Earl Britt
                                         Senior U.S. District Judge