UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NEVINE ALY ELSHIEKH ) | |
| ) | |

In order to ensure the fair and efficient administration of justice, it is hereby ordered that the following parameters shall be implemented and shall remain in effect during the pendency of the hearing in this matter on 8 March 2012, 10:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2.. These parameters shall be binding upon all participants and spectators and shall be adhered to until the conclusion of the hearing. All conditions herein shall be enforced by the United States Marshal. A copy of this Order shall be distributed to each hearing participant and spectator.

This 29 February 2012.

_____
W. Earl Britt
Senior U.S. District Judge

# HEARING PARAMETERS

(1)   All persons wishing to enter the Federal Courthouse must present a valid photo identification and register with the Court Security Officer stationed at the Federal Courthouse entrance. Failure to do either will result in denial of entry into the Federal Courthouse.

(2)   All participants and spectators allowed into the courtroom must be seated in the courtroom no later than 15 minutes prior to the commencement time of the hearing and must remain seated in the courtroom following the conclusion of the hearing until court is recessed by the court or by the United States Marshal.

(3)   Seating within the courtroom during the hearing will be limited to the physical unreserved seats in the courtroom. All spectators and participants are directed to take notice of any seats specifically reserved for designated persons. No person will be allowed to stand or sit in the aisles or in the rear of the courtroom while the hearing is in progress.

(4)   The United States Marshal shall exercise his discretion in managing the number of spectators allowed in the courtroom during the hearing.

(5)   Entry into, exit from, and movement within the courtroom while court is in session will be restricted to the announced recesses, with the exception of court personnel, attorneys and witnesses. In the event of an <u>emergency</u>, a spectator or participant needing to exit the courtroom shall do so quietly without disturbing the proceedings, and may not re-enter the courtroom until the next regularly-scheduled recess.

(6)   No person other than the attorneys, defendants, witnesses and court personnel may be present inside the bar in the courtroom during the hearing.

(7)   A maximum of 15 persons shall be permitted to remain in the lobby outside of Courtroom Number 2 or in the hallways of the Seventh Floor of the Federal Courthouse while the hearing is in progress.

(8)   During the course of the hearing, the court may impose any other order or condition it deems necessary in order to provide for the safety of the spectators, participants or witnesses and to ensure the fair and efficient administration of justice.

<u>Any person who violates any condition set forth above may be subject to criminal contempt of court.</u>