UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NEVINE ALY ELSHIEKH | ) | |

On 8 March 2012, pursuant to 18 U.S.C. § 3145(b), the court held a hearing on defendant's motion for review of U.S. Magistrate Judge Robert B. Jones, Jr.'s 3 February 2012 detention order. After conducting a *de novo* review, the court finds that the government has failed to establish by clear and convincing evidence that defendant is a danger to any other person or the community, and accordingly, the detention order is AFFIRMED in that respect. The court also finds, however, that the government has failed to prove by a preponderance of the evidence that there is no condition or combination of conditions to reasonably assure the appearance of defendant as required, and the detention order is AMENDED in that respect. By separate order, the court has imposed conditions of release on defendant.

This 9 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge