UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NEVINE ALY ELSHIEKH | ) | |

This matter is before the court on defendant's motion to seal her affidavit filed on 13 March 2012 (DE # 75), because the affidavit contains identifying information such as defendant's social security number. A redacted version of the document has been filed. For good cause shown, the motion is ALLOWED.

This 14 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge