UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, | ) | |
| NEVINE ALY ELSHIEKH | ) | |

Pending before the court are defendants Shkumbin Sherifi and Elshiekh's motion to continue the pretrial conference, pretrial motion deadline, and arraignment and trial dates. They also request that the government be directed to furnish translations of recorded conversations of the defendants. The motion represents that the government has no objection to continuance of the trial. Defendant Hysen Sherifi is proceeding *pro se*, and movants have not obtained his position.

On or before 26 March 2012, defendant Hysen Sherifi is DIRECTED to file a written response to the motion to continue, indicating his position as to the continuance and requested dates. The government is DIRECTED to file its response by the same date, indicating its position as to the requested dates and whether it intends to furnish translations of the recorded conversations of the defendants.

This 19 March 2012.

W. Earl Britt
Senior U.S. District Judge