UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| SHKUMBIN SHERIFI | ) | |
| | ) | |

As the parties were previously notified by notice of the Clerk on 19 March 2012, the hearing on defendant's motion for review of the detention order is set for 2 April 2012, at 9:00 a.m., Federal Courthouse, 310 New Bern Avenue, Raleigh, North Carolina, Courtroom 2. The court will conduct a *de novo* review and will consider the transcript of the preliminary and detention hearing, any additional evidence offered by the parties, any briefs filed by the parties, and the arguments of counsel.

This 26 March 2012.

W. Earl Britt
Senior U.S. District Judge