THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:12-cr-00020-BR

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | MOTION FOR CHANGE OF 4/18/12 |
| v. | ) | DATE FOR SCHEDULING |
| | ) | CONFERENCE |
| NEVINE ALY ELSHIEKH, | ) | |
| Defendant | ) | |
| | ) | |

Comes Now the defendant, Nevine Elshiekh, and brings this Motion requesting that the date for the Scheduling Conference, set by Court Order on April 2, 2012, Docket Number 99, for April 18, 2012 at 1:00 p.m. in Raleigh, NC, before the Magistrate Judge James E. Gates, be re-set to April 26 or 27, 2012.

Counsel for Ms. Elshiekh, Charles Swift, is scheduled to be a presenter at a Continuing Legal Education Seminar in New Orleans, LA, on April 20, 2012. Mr. Swift has a pre-paid, previously scheduled flight leaving Seattle, WA at 8:30 a.m. PST, on Wednesday, April 18, 2012, placing him in the air at the time of the Scheduling Conference. He will be unable to be physically present for this scheduled hearing. Even if he were allowed to appear by teleconference for this hearing, he would be unable to do so as he could not access a phone while in flight.

Mr. Swift is scheduled to be in Raleigh, NC, to meet with his client and to prepare for this case on April 25, 26, and 27, leaving Raleigh the evening of April 27, 2012, and would thus be available for a Scheduling Conference Hearing on April 26 or 27, 2012.

MOTION FOR CHANGE OF DATE OF
SCHEDULING CONFERENCE

1

Linda Moreno, co-counsel for Ms. Elshiekh, will likewise be unavailable to attend the Scheduling Conference set for April 18, 2012, because she has a previously scheduled medical appointment which cannot be moved, and is available neither in person nor by phone.

Ms. Moreno is also scheduled come up from Florida to be in Raleigh, NC, to meet with her client and to prepare for this case on April 26, and 27, leaving Raleigh the evening on April 27, 2012. Thus, she would also be available for a Scheduling Conference Hearing on April 26 or 27, 2012.

Counsel for Ms. Elshiekh respectfully request that the Scheduling Conference set for April 18, 2012, at 1:00 p.m. be continued to either April 26 or 27, so that Ms. Elshiekh's counsel may be present.

A Proposed Order is provided to this Court.

Respectfully submitted this 2nd day of April, 2012,

By: _____
Charles D. Swift
Attorney for Defendant
SWIFT & MCDONALD, P.S.
1809 Seventh Avenue, Suite 1108
Seattle, WA 98101
(206) 441-3377
State Bar No. 21084
cswift@prolegaldefense.com

By: /s/ Linda Moreno
Linda Moreno
LINDA MORENO P.A.
Attorney for Defendant
P.O. Box 10985
Tampa, Florida 33679
(813) 247-4500
Florida Bar No. 112283

MOTION FOR CHANGE OF DATE OF
SCHEDULING CONFERENCE

2

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this foregoing motion was electronically filed consistent with Local Rule 49.2 and served on the persons listed below:

Mr. Timothy M. Severo
316 Princess Street
Suite # 543
Wilmington, NC 28401
Tel: 910-341-1445
Fax: 910-815-3560
Email: Tim.Severo@usdoj.gov

Mr. James F. Bradsher
Federal Building
Suite 800
310 New Bern Ave.
Raleigh, NC 27601
Tel: 919-856-4289
Email: frank.bradsher@usdoj.gov

Robert J. McAfee
McAfee Law, P.A.
P. O. Box 905
New Bern, NC 28563
252-634-2662
Fax: 888-389-8405
Email: rjm@mcafee-law.com

Wayne James Payne
Powell and Payne
P. O. Box 2308
Shallotte, NC 28459
910-754-4389
910-754-9411 (fax)
blvir@atmc.net

Service was made by US Mail:

Hysen Sherifi
#51768-056
Albemarle District Jail
210 Executive Drive
Elizabeth City, NC 27907
PRO SE

//

//

DATED this 2nd day of April, 2012.

Charles D. Swift, NCB No. 21084
Counsel for Nevine Aly Eshiekh
cswift@prolegaldefense.com
**Swift & McDonald, P.S.**
1809 Seventh Avenue, Suite 1108
Seattle, WA 98101
Tel: (206) 441-3377
Fax: (206) 224-9908