UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SHKUMBIN SHERIFI | ) | |
| | ) | |

On 2 April 2012, pursuant to 18 U.S.C. § 3145(b), the court held a hearing on defendant's motion for review of U.S. Magistrate Judge Robert B. Jones, Jr.'s 30 January 2012 detention order. After conducting a *de novo* review, the court finds that the government has failed to prove by clear and convincing evidence that defendant is a danger to any other person or the community, and the detention order is AMENDED in that respect. The court further finds that the government has proved by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required, and the detention order is AFFIRMED in that respect. As stated at the conclusion of the review hearing, detention is supported by the following:

1. The offenses charged are serious and constitute crimes of violence;

2. The weight of the evidence against defendant is strong;

3. Defendant maintains close ties to Kosovo; and,

4. Defendant's family may attempt to facilitate defendant's leaving the United States, if he

were released.

This 4 April 2012.

_____
W. Earl Britt
Senior U.S. District Judge