IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the motion by defendant Nevine Elshiekh (D.E. 100) to continue the scheduling conference in this case currently set for Wednesday, 18 April 2012. The motion fails to show prior consultation with opposing counsel and the views of opposing counsel. *See* Local Criminal Rule 47.1(h), E.D.N.C. Thus, while the motion may show good cause for continuance from the current date for the scheduling conference, the court is not able to determine whether the alternative dates proposed by Elshiekh present material conflicts for the other counsel.

IT IS THEREFORE ORDERED that by 12:00 p.m. on Monday, 9 April 2012, counsel for Elshiekh shall confer with counsel for the other parties and file a notice indicating their positions with respect to the request for a continuance, and the existence and nature of any conflicts that would be presented them by rescheduling the conference for 26 or 27 April 2012. Any response to Elshiekh's motion shall be filed by the same deadline.

SO ORDERED, this the 5th day of April 2012.

James E. Gates
United States Magistrate Judge