IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the motion by defendant Nevine Elshiekh ("Elshiekh") (D.E. 100), filed 2 April 2012, to continue the scheduling conference in this case currently set for Wednesday, 18 April 2012. Because the motion failed to show prior consultation with and the views of opposing counsel, the court ordered Elshiekh's counsel to confer with counsel for the other parties and file by noon today a notice indicating their positions with respect to the request for a continuance, and the existence and nature of any conflicts that would be presented them by rescheduling the conference for 26 or 27 April 2012. (*See* 5 Apr. 2012 Order (D.E. 105)). The court also directed that any response to Elshiekh's motion be filed by noon today. (*Id.*).

Elshiekh timely filed a notice (D.E. 108). It indicates that counsel for defendant Shkumbin Sherifi and standby counsel for pro se defendant Hysen Sherifi, along with both attorneys of record for Elshiekh, can be available for a scheduling conference on Thursday, 26 April 2012. Although the notice also states that AUSA Timothy M. Severo cannot be available that day, the government did not disclose the nature of his conflict to Elshiekh's counsel despite the express provision for such information in the order for the notice. (*See* Notice 1; 5 Apr. 2012 Order 1). Nor did the government file a separate response indicating the nature of the conflict.

Moreover, another AUSA, J. Frank Bradsher, has also entered an appearance in the case. (*See* Notice of Appear. (D.E. 54)). The court concludes that the government has failed to demonstrate that it cannot proceed with a scheduling conference on 26 April 2012.

IT IS THEREFORE ORDERED that the scheduling conference currently set for Wednesday, 18 April 2012, is CONTINUED to Thursday, 26 April 2012, beginning at 1:00 p.m. in the Fifth Floor Courtroom of the Terry Sanford Federal Building and Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. At least one attorney of record is DIRECTED to attend, including stand-by counsel for defendant Hysen Sherifi. The attorneys in attendance shall be fully prepared to address any scheduling issues that may arise at the hearing, including development of a schedule for the preparation and production of transcripts of recordings. Further, the United States Marshal is DIRECTED to produce defendant Hysen Sherifi for the hearing. The presence of defendants Shkumbin Sherifi and Elshiekh is not required.

SO ORDERED, this the 9th day of April 2012.

James E. Gates
United States Magistrate Judge