UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:12-CR-00020-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | ORDER AND |
| v. | ) | ARREST WARRANT |
| | ) | |
| NEVINE ALY ELSHIEKH | ) | |
| | ) | |

On 9 March 2012, after hearing, the court entered an order allowing defendant to be released pending trial. (DE # 72.) By separate order, the court imposed conditions of release on defendant, including the posting of $1,000,000 cash or a $1,000,000 secured bond and participation in a location monitoring program, specifically Active Global Positioning Satellite ("GPS") monitoring while on 24-hour home incarceration. (DE # 69.)

In order to expedite action on any violation of the requirements of the location monitoring program, it is hereby ORDERED as follows:

1. A violation by defendant of the requirements of the location monitoring program shall be deemed to be shown for purposes of this order if: (a) the contractor operating the location monitoring equipment reports to the Probation Office for this district that the equipment indicates a violation by defendant; (b) at the time the equipment indicated a violation occurred, defendant did not have permission from the Probation Office to be out of her residence; and (c) the Probation Office is unable to reach defendant at her residence through a single telephone call placed to her there. The Probation Office shall make the determinations provided for in (b) and (c) immediately after receiving notice from the contractor that the equipment indicates a violation by defendant.

2. Immediately upon determining that a violation by defendant of the requirements of the location monitoring program has been shown as provided above, a Probation Officer shall execute a Notice that a violation has been so shown in the form attached hereto, which is incorporated herein. The Probation Office shall file the Notice within one business day after its execution.

3. Upon execution of the Notice, IT IS ORDERED that any authorized law enforcement officer is COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay defendant, NEVINE ALY ELSHIEKH, for suspected violation of the terms of her pretrial release and, specifically, the requirements of the location monitoring program applicable to her. This directive shall operate in all respects as a warrant for defendant's arrest.

4. Immediately after execution of the Notice, the Probation Office shall telephone the appropriate personnel in the United States Marshal's Service for this district that the arrest warrant herein has gone into effect. The United States Marshal's Service shall immediately take such action as it deems appropriate to effect defendant's arrest.

5. The Probation Office and the Marshal's Service shall make arrangements to ensure that the appropriate personnel are familiar with this Order and prepared to carry it out in accordance with its terms on any day, 24 hours a day.

6. The Clerk is directed to transmit copies of this Order to the Chief Probation Officer and the United States Marshal for this district on the day that it is entered.

This 17 April 2012.

Raleigh, North Carolina

_____
W. Earl Britt
Senior U.S. District Judge