IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court on the government's motion (D.E. 128), filed 23 May 2012, to reconsider, in part, the court's 2 May 2012 Order (D.E. 121). In light of the status conference set for this case on 29 May 2012, during which the court will address the issues raised by the government's motion, any written response by a defendant to the motion shall be filed by 10:00 a.m. on 29 May 2012.

The motion does not clearly indicate whether or not the government seeks extension of any pre-29 May 2012 deadline set in the 2 May 2012 Order. In any event, the government is reminded of the following provision from the 2 May 2012 Order which applies to its motion to reconsider: "The filing of a motion for modification of the schedule, or for relief from any other deadline or provision in this Order, shall not suspend the obligation to comply, and the parties shall comply with the schedule and the other provision of this Order unless and until relieved from doing so by further order of the court." (2 May 2012 Order 6).

SO ORDERED, this the 24th day of May 2012.

James E. Gates
United States Magistrate Judge