IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:12-CR-20-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HYSEN SHERIFI, | ) | |
| SHKUMBIN SHERIFI, and | ) | |
| NEVINE ALY ELSHIEKH, | ) | |
| | ) | |
| Defendants. | ) | |

This case comes before the court for the entry of a pretrial scheduling order. Based on the parties' joint proposed pretrial schedule (D.E. 131, pp. 3-5), other dates discussed or adopted at the 29 May 2012 status conference, and the court's own adjustments, the court hereby ADOPTS the pretrial schedule in the table appended hereto.

SO ORDERED, this the 13th day of June 2012.

James E. Gates
United States Magistrate Judge

Pretrial Schedule
U.S. v. Sherifi, et al., No. 7:12-CR-20-BR

|   | Event | Deadline | Days to Trial | Weeks to Trial |
|---|---|---|---|---|
| 1 | Motions to Compel Discovery under Rule 16 and *Brady* Material [1] | 7/23/12 | 103 | 15 |
| 2 | Defense Motions for Severance | 7/23/12 | 103 | 15 |
| 3 | Defense Motions to Dismiss for Defect in Indictment | 7/23/12 | 103 | 15 |
| 4 | Defense Motions for Change of Venue | 7/23/12 | 103 | 15 |
| 5 | Reciprocal Discovery by Defendants per Rule 16(b)(1)(A) | 7/30/12 | 96 | 14 |
| 6 | Motions to Suppress | 7/30/12 | 96 | 14 |
| 7 | Gov't Production of Reports and Examinations per Rule 16(a)(1)(F) | 8/20/12 | 76 | 11 |
| 8 | Gov't Production of Summaries of Expert Testimony per Rule 16(a)(1)(G) | 8/20/12 | 76 | 11 |
| 9 | Defense Production of Reports and Examinations per Rule 16(b)(1)(B) | 8/27/12 | 69 | 10 |
| 10 | Defense Production of Summaries of Expert Testimony per Rule 16(b)(1)(C) | 8/27/12 | 69 | 10 |
| 11 | Defense Notice re Evidence of Mental Condition per Rule 12.2 | 8/27/12 | 69 | 10 |
| 12 | Gov't and Defense Expert Rebuttal Reports | 9/17/12 | 49 | 7 |
| 13 | Gov't Notice of Intent to Use 404(b) Evidence | 9/17/12 | 49 | 7 |
| 14 | All Remaining Pretrial Motions (*e.g.*, Motions in Limine) | 10/1/12 | 35 | 5 |
| 15 | Gov't Production of Jencks Material | 10/22/12 | 14 | 2 |
| 16 | Gov't Production of *Giglio* Material | 10/22/12 | 14 | 2 |
| 17 | Proposed Voir Dire and Jury Instructions | 10/29/12 | 7 | 1 |
| 18 | Arraignment /Trial | 11/5/12 | 0 | 0 |

[1] The deadline for responses to all motions is 21 days from the service of the motion, pursuant to Local Criminal Rule 47.1(c), E.D.N.C.