UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


NO. 7:12-CR-20-2-BR


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **MOTION *IN LIMINE*** |
| v. | ) | |
| | ) | |
| NEVINE ALY ELSHIEKH, | ) | |


The Government has given notice of its intent to present evidence pursuant to FRE 404(b) against

defendant Hysen Sherifi (Document 250), to wit:

(1) Hysen Sherifi's prior federal convictions in the case of United States v. Hysen Sherifi (No.

5:09-CR-216-2-FL);

(2) domestic abuse committed by Hysen Sherifi, as alleged by his wife;

(3) plans for the murder of federal law enforcement agents;

(4) plans to intimidate other persons and/or entities, not named in the indictment of this matter;

and,

(5) plans to extort or take money under false pretenses from individuals not named in the

indictment of this matter.

USCS Fed Rules of Evidence 404 allows that "evidence may be admissible for another purpose,

such as proving motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, or

lack of accident." However, whatever relevance the evidence may have under 404(b) in regards to

defendant, Hysen Sherifi, there is no relevance for admission of items 2-4 with respect to defendant Ms.

**MOTION IN LIMINE**

Page 1 of 5

Swift & McDonald, P.S.
Attorneys at Law
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441 3377 (phone)
(206) 224-9908 (fax)
cswift@prolegaldefense.com

Elshiekh.  USCS Fed Rules of Evidence 403 allows that "evidence may be excluded if its probative value is substantially outweighed by unfair prejudice."

a. Domestic abuse committed by Hysen Sherifi, as alleged by his wife.

The domestic abuse committed by Hysen Sherifi with respect to defendant, Elshiekh, does not establish any relevant purpose under 404(b).  If the evidence is admitted, however, defendant Elsheikh, she is likely to suffer significant prejudice because of her romantic relationship with Hysen Sherifi and her desire to aid him, as the jury is likely to hold her in lower esteem due to her relationship with an admitted wife-beater.  Alternatively, as set out in her motion with respect to co-conspirators statements, the defendant maintains that these statements are inadmissible hearsay as they are not in furtherance of the conspiracy charge in which Ms. Elshiekh can be reasonably considered a party.

b. Plans for murder of a federal officer.

Hysen Sherifi's plans to potentially murder law enforcement officers are clearly outside the conspiracy murders charged and do not establish any of the permissible purposes where defendant Ms. Elshiekh is concerned. There is no evidence that Ms. Elsheikh was aware of these potential plans, nor is there a fair inference that she should have been aware of the plans.  Admitting the plans, however, is likely to result in significant prejudice because the jury is more likely to conclude that the plot constitutes a greater danger to the community, based on the possible expansion to law enforcement officers. Alternatively, as set out in her motion with respect to co-conspirators statements, the defendant maintains that these statements are inadmissible hearsay as they are not in furtherance of the conspiracy charge in which Ms. Elshiekh can be reasonably considered a party.

c. Plans to intimidate other persons and/or entities, not named in the indictment of this matter.

Hysen Sherifi's plans to intimidate other persons and/or entities are, again, outside the scope of the conspiracy and do not establish any of the purposes set forth under 404(b) with respect to defendant, Ms. Elshiekh. The plans do, however, have a substantial likelihood to prejudice defendant Ms. Elshiekh

**MOTION IN LIMINE**

Page 2 of 5

Swift & McDonald, P.S.
Attorneys at Law
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441 3377 (phone)
(206) 224-9908 (fax)
cswift@prolegaldefense.com

by exaggerating the criminal conduct. Alternatively, as set out in her motion with respect to co-conspirators statements, the defendant maintains that these statements are inadmissible hearsay as they are not in furtherance of the conspiracy charge in which Ms. Elshiekh can be reasonably considered a party.

Respectfully submitted, this 2nd day of October, 2012.

By: /s/ *Charles Swift*
Charles D. Swift
Attorney for Defendant
SWIFT & MCDONALD, P.S.
1809 Seventh Ave., Suite 1108
Seattle, WA 98101
Office:  (206) 441-3377
Fax:     (206) 224-9908
NC Bar No. 21084
cswift@prolegaldefense.com

By: /s/ *Linda Moreno*
Linda Moreno
LINDA MORENO P.A.
Attorney for Defendant
P.O. Box 10985
Tampa, Florida 33679
(813) 247-4500
Florida Bar No. 112283
Fax: (206) 448-2252

**MOTION IN LIMINE**

Page 3 of 5

Swift & McDonald, P.S.
Attorneys at Law
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441 3377 (phone)
(206) 224-9908 (fax)
cswift@prolegaldefense.com

<h1 style="text-align:center">CERTIFICATE OF SERVICE</h1>

The undersigned certifies that a copy of this foregoing motion was electronically filed consistent with Local Rule 49.2 and served on the persons listed below:

BRIAN S. MEYERS
Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: 919-856-4035
Fax: 919-856-4487
Email:brian.s.meyers@usdoj.gov
NC State Bar No. 32837

Mr. James F. Bradsher
Federal Building
Suite 800
310 New Bern Ave.
Raleigh, NC 27601
Tel: 919-856-4289
Email: frank.bradsher@usdoj.gov

Matthew F. Blue
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
202-353-3475
202-514-0879 (fax)

Kelly Latham Greene
P.O. Box 1676
New Bern, NC 28563
t: (252)634-9400
f: (252)634-3464
kgreene@greenewilson.com
N.C. State Bar No.: 26844
**CJA Panel- Appointed**

**MOTION IN LIMINE**

Swift & McDonald, P.S.
Attorneys at Law
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441 3377 (phone)
(206) 224-9908 (fax)
cswift@prolegaldefense.com

Page 4 of 5

Wayne James Payne
Powell and Payne
P. O. Box 2308
Shallotte, NC 28459
910-754-4389
910-754-9411 (fax)
blvir@atmc.net

Service was made by US Mail:

Hysen Sherifi
#51768-056
Albemarle District Jail
210 Executive Drive
Elizabeth City, NC 27907
PRO SE

  DATED this 2[st] day of October, 2012.

           */s/ Charles D. Swift*
           Charles D. Swift, NCB No. 21084
           Counsel for Nevine Aly Eshiekh
           cswift@prolegaldefense.com
           **Swift & McDonald, P.S.**
           1809 Seventh Avenue, Suite 1108
           Seattle, WA 98101
           Tel: (206) 441-3377
           Fax: (206) 224-9908

**MOTION IN LIMINE**

Swift & McDonald, P.S.
Attorneys at Law
1809 – 7th Avenue, Suite 1108
Seattle, WA 98101
(206) 441 3377 (phone)
(206) 224-9908 (fax)
cswift@prolegaldefense.com

Page 5 of 5