UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-20-1BR

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          <u>UNITED STATES' AMENDED</u>
                                  )             <u>PROPOSED VOIR DIRE</u>
HYSEN SHERIFI                     )
                                  )

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina and the Department of Justice, pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure and Local Criminal Rules 24.1 and 24.2(b), respectfully requests that this Court include in its examination of prospective jurors the customary questions listed below:

1.  Occupation and addresses.

2.  Education.

3.  Marital status and number of children.

4.  Spouse's occupation, if applicable.

5.  Church affiliation.

6.  To what organizations do you belong?

7.  Juror's knowledge of the case.

8.  Relationship to or acquaintance with the defendant, his attorney, the attorney for the Government, and prospective witnesses for either party.

In addition to these customary questions, the United States also requests that the following questions be asked:

1. Have you, or anyone close to you, ever been involved in any legal action or dispute with any federal, state, or local government agency? Whatever the result, did you feel you were treated fairly? Is there anything about this experience/these experiences that would make it difficult for you to sit as a fair and impartial juror in this case?

2. Have you, a family member, or a close friend had any previous contacts with the criminal justice system, as a victim of a crime, a criminal defendant, or a witness to a crime? If so, please describe your experience.

3. Have you, a family member, or a close friend ever worked in any aspect of the legal field as a lawyer, legal secretary, paralegal, investigator, law clerk, judge, court employee, etc.?

4. Have you ever served as a juror before, either in state or federal court? When? Were you the foreperson? Did the jury reach a verdict?

5. Several of the witnesses in this trial are likely to be law enforcement officers. Is there anyone who believes that their testimony is entitled to more or less belief than any other witness merely because he or she is a law enforcement officer?

6. The FBI is the federal agency within the Department of Justice that leads investigations of federal offenses, including

terrorism cases. Do you closely follow media reports about terrorism? If so, do any of you have beliefs or opinions of the FBI that would cause you to be unable to listen to the evidence fairly and impartially?

7. Have you, a family member or close friend ever studied about, visited, lived or worked in Kosovo or Albania? If so, do you speak or understand Albanian?

8. Do you disagree in any way with the full enforcement of federal, state or local laws?

9. Have you, or a close family member, or close friend, ever served in the military, including the reserves, National Guard or ROTC?

10. Without inquiring into any juror's particular religous beliefs, does any juror have a religious belief or moral philosophy that would prevent him or her from rendering a verdict in this case, either guilty or not guilty, based on the evidence and the Court's instructions on the law?

11. Do you have any disagreement about the operation of the criminal justice system in the United States?

12. Would the fact that a witness has entered a plea agreement with the Government cause you to automatically disregard his testimony?

13. It is possible that one or more of the defendant's alleged co-conspirators will testify in this trial after having

-3-

entered a plea agreement with the Government.  Is there anyone who believes that their testimony is entitled to more or less belief than any other witness merely because he or she is an alleged co-conspirator?

14.  Would the mere fact a witness has a criminal record cause you to automatically disregard that witness's testimony?

15.  This case may receive media attention.  Will you be able to follow the Court's instruction that you are not to watch television, go on the internet, or listen to or watch any media coverage regarding this case and that the only information you are permitted to consider is that which is presented here in court?

16.  What magazines or journals do you read most often?  What kind of books do you read most often?  What radio programs do you listen to you most often?

17.  What television news programs, radio programs, or internet web sites do you watch, listen to, or visit on a regular basis?

18.  Will you be able to follow the Court's instruction that you are not to discuss this case with anyone and are not to use any communication device or medium - such as Facebook, Twitter, or Blogs - to send or receive information about this case?

19.  Does any juror have hearing or vision problems that will make it difficult for you to serve as a member of this jury panel?

20.  Is any juror riding with anyone who will be sitting in

-4-

the courtroom during the trial?

21. Looking around you, do you know any of the other people on this jury panel? If the answer is "yes" and you both were selected to serve on this jury, would there be any issues deliberating respectfully with that other person about the verdict in this case?

22. Does each juror agree and promise to follow the law as you are instructed by this Court even if you may disagree with the law or believe that the law should be changed?

This the 5th day of November, 2012.

THOMAS G. WALKER
United States Attorney

BY: /s/ J. Frank Bradsher
J. FRANK BRADSHER
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email:frank.bradsher@usdoj.gov
NC State Bar No. 14048

By: /S/ Brian S. Meyers
BRIAN S. MEYERS
Assistant United States Attorney
Criminal Division
310 New Bern Avenue
Suite 800
Raleigh, NC 27601
Telephone: 919-856-4035
Fax: 919-856-4487
Email:brian.s.meyers@usdoj.gov
NC State Bar No. 32837

-5-

By:  /s/ Matthew F. Blue
     Matthew F. Blue
     Trial Attorney
     Department of Justice
     National Security Division
     Counterterrorism Section
     950 Pennsylvania Avenue NW
     Room 2712
     Washington, DC  20530
     Telephone: 202-514-0849
     Fax: 202-514-8714
     Email: matt.blue@usdoj.gov
     DC Bar No. 494150

-6-

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 5th day of November, 2012, served a copy of the foregoing upon Hysen Sherifi, PRO SE, via hand delivery to the United States Marshal's Service, who thereby confirmed that it would be provided to Mr. Sherifi in custody.

By:  <u>/S/ Brian S. Meyers</u>
BRIAN S. MEYERS
Assistant United States Attorney
Criminal Division
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
Email: brian.s.meyers@usdoj.gov
NC State Bar No. 32837

-7-