UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


UNITED STATES OF AMERICA,           )
                                    )
          V.                        )     7:12-CR-20-1-BR
                                    )
HYSEN SHERIFI,                      )
                                    )
          DEFENDANT.                )
_____     )


SENTENCING HEARING
MAY 10, 2013
BEFORE THE HONORABLE W. EARL BRITT
SENIOR U.S. DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

MR. BRIAN SCOTT MEYERS
MR. MATTHEW F. BLUE
ASST. U.S. ATTORNEY
310 NEW BERN AVE.
RALEIGH, NC




FOR THE DEFENDANT:

MR. HYSEN SHERIFI
PRO SE

COURT REPORTER:  DONNA J. TOMAWSKI
STENOTYPE WITH COMPUTER AIDED TRANSCRIPTION

MAY 10, 2013

**THE COURT:** THE COURT IS CALLING FOR SENTENCING, *UNITED STATES VERSUS HYSEN SHERIFI.*

MR. SHERIFI, HAVE YOU RECEIVED A COPY OF THE PRESENTENCE REPORT FROM THE PROBATION OFFICE?

**MR. SHERIFI:** YEAH, I BELIEVE SO.

**THE COURT:** YOU BELIEVE SO?

**MR. SHERIFI:** YEAH. I HAVE SOMETHING FOR YOU, JUDGE. CAN I GIVE IT TO THEM TO PASS TO YOU?

**THE COURT:** SURE. WHAT I NEED TO KNOW NOW, YOU SAY YOU BELIEVE SO. DID YOU SEE THIS DOCUMENT THAT I'M HOLDING IN MY HAND?

**MR. SHERIFI:** IF I GOT IT, I PROBABLY RIPPED IT UP AND THREW IT AWAY.

**THE COURT:** YOU WERE NOT INTERESTED IN LOOKING AT IT THEN?

**MR. SHERIFI:** NO, IT'S NOT GOING TO HELP ME.

**THE COURT:** ALL RIGHT. WELL, THE PRESENTENCE REPORT IS PREPARED BY THE PROBATION OFFICE BETWEEN THE TIME OF THE ESTABLISHMENT OF GUILT AND THE TIME OF SENTENCING TO ASSIST THE COURT IN DETERMINING AN APPROPRIATE SENTENCE. NOW, THE GOVERNMENT -- DURING THIS PERIOD OF TIME, THE PARTIES, THE GOVERNMENT ON ONE SIDE AND THE DEFENDANT ON THE OTHER, HAVE A RIGHT TO FILE OBJECTIONS WITH THE COURT ON WHAT IS CONTAINED IN THE

PRESENTENCE REPORT.

THE GOVERNMENT DID NOT FILE ANY, AND ACCORDING TO THE PROBATION OFFICE, THEY RECEIVED NO RESPONSE AT ALL FROM YOU. SO THE COURT MUST TAKE THAT TO MEAN THAT THERE WERE NO OBJECTIONS TO THE REPORT. THE COURT WILL THEN MOVE ON TO A CONSIDERATION OF THE OTHER MATTERS.

THE COURT IS GOING TO MAKE ONE RULING BASED ON OBJECTIONS BY YOUR TWO CO-DEFENDANTS THAT WILL AFFECT YOU AS WELL, AND THAT IS, THE COURT'S GOING TO HOLD THAT THE ADJUSTMENT FOR OBSTRUCTION OF JUSTICE OF TWO POINTS IN PARAGRAPH 43 OF THE PRESENTENCE REPORT DOES NOT APPLY. SO MR. WASCO, IF YOU WILL, WITH THAT RULING PLEASE GIVE ME A REVISED COMPUTATION.

**PROBATION OFFICER:** YES, SIR. THE TOTAL OFFENSE LEVEL IS A 45. HOWEVER, THE ADJUSTED OFFENSE LEVEL REMAINS A 43, THE MAXIMUM UNDER THE GUIDELINES. SO THERE ARE NO CHANGES TO THE PRESENTENCE REPORT, YOUR HONOR.

**THE COURT:** OTHER THAN THAT?

**PROBATION OFFICER:** YES, SIR.

**THE COURT:** ALL RIGHT. THE COURT ADOPTS THE FACTUAL FINDINGS AND GUIDELINE APPLICATION IN THE PRESENTENCE REPORT AND DETERMINES THAT THE TOTAL OFFENSE LEVEL IS 43, THE CRIMINAL HISTORY CATEGORY IS III, THE CUSTODY RANGE ON COUNTS ONE, TWO, THREE, FOUR AND FIVE, IS 120-MONTHS ON EACH COUNT. AND ON COUNTS SIX, SEVEN, EIGHT

AND NINE, LIFE IMPRISONMENT.  THE SUPERVISED RELEASE ON

COUNTS ONE, TWO, THREE, FOUR AND FIVE IS ONE TO THREE

YEARS, AND ON COUNTS, SIX, SEVEN, EIGHT AND NINE, TWO TO

FIVE YEARS.  THE FINE RANGE IS $25,000 TO $250,000.

RESTITUTION IS NOT APPLICABLE AND THERE IS A $900 SPECIAL

ASSESSMENT IN THE CASE.

MR. SHERIFI, AT THIS TIME I'LL BE GLAD TO HEAR FROM

YOU WITH REGARD TO ANYTHING YOU WISH TO SAY BEFORE I PASS

SENTENCE.

**MR. SHERIFI:**  YES, SIR.  I WILL SAY FROM THE

KORAN, WHAT YOU BELIEVE, SHALL I GUIDE YOU TO A TRADE THAT

WILL SAVE YOU FROM A PAINFUL TORMENT.  TO BELIEVE IN

ALLAH, HIS MESSENGER, AND THE FIGHT FOR HIS CAUSE WITH

YOUR WEALTH AND YOURSELF, THAT WILL BE BETTER FOR YOU IF

YOU ONLY KNEW HE WILL FORGIVE YOUR SINS AND ENTER YOU IN

HIS PARADISE IF YOU READ HIS BOOK.  AND BEAUTIFUL HOMES IN

THE GARDEN OF EDEN, THAT IS SUPREME SUCCESS.  AND HE WILL

GIVE YOU ALSO OTHERS THAT YOU LIKE, VICTORY, NEAR VICTORY,

GLAD TIDINGS TO BELIEVERS.

MUHAMMAD SAID THAT THE MESSIAH, SON OF MARY, WILL

SHORTLY DESCEND UPON YOU.  HE WILL JUDGE WITH THE LAW OF

THE KORAN.  HE WILL BREAK THE CROSS.  HE WILL KILL THE

PIGS AND HE WILL NOT ACCEPT JESUS.  JESUS IS A TASK TAKEN

FROM THE CHRISTIANS AND JEWS AS A PROTECTION, BUT WHEN HE

COMES BACK HE WILL DESTROY ALL OTHER RELIGIONS WHICH YOU

FIGHT FOR. YOU FIGHT FOR ALL RELIGIONS OF SATAN WHILE WE FIGHT AGAINST ALL RELIGIONS FOR THE TRUE RELIGION.

AS SCIENCE HAS ADVANCED, AS YOU CAN SEE THE PICTURE I BROUGHT FOR YOU, AND I BROUGHT MORE OTHER SCIENTIFIC INFORMATION FROM THE KORAN. AS SCIENCE ADVANCES, THE MORE IS CONFIRMING THAT THE KORAN IS THE TRUTH. WE CAN VALIDATE ALL OTHER RELIGIONS TO BEING SATANIC FROM THE DEVIL OR FROM MAN MADE.

MY JOB, MY DUTY, AS CHARGED BY MY LORD IS TO BRING THE EVIDENCE, AND I HAVE BROUGHT YOU EVIDENCE. I HAVE CALLED YOU TO YOUR LORD. THE DECISION IS UPON YOU. AND I'M ALSO CHARGED TO WARN YOU THAT IF YOU DO NOT SUBMIT TO YOUR LORD, HE WILL SEVERELY PUNISH YOU. AND ON THE DAY OF JUDGMENT YOU WILL ENTER HELL FIRE FOR ETERNITY, FOR ETERNITY.

**THE COURT:** IS THAT IT?

**MR. SHERIFI:** FOR RIGHT NOW.

**THE COURT:** ALL RIGHT. YOU WANT TO SPEAK FOR THE UNITED STATES GOVERNMENT?

**MR. MEYERS:** YES, YOUR HONOR.

**THE COURT:** ALL RIGHT.

**MR. MEYERS:** THE GOVERNMENT CALLS, IF I MAY, AGENT JIM LANDRY TO THE STAND.

**THE COURT:** SORRY?

**MR. MEYERS:** THE GOVERNMENT CALLS AGENT JIM

LANGTRY TO THE STAND. THERE'S SOME NEW EVIDENCE OR FACTS THAT THE GOVERNMENT WOULD LIKE TO PRESENT TO THE COURT.

**THE COURT:** OKAY.

**JAMES LANGTRY**, BEING FIRST DULY SWORN, TESTIFIED AS FOLLOWS DURING **DIRECT EXAMINATION**:

**BY MR. MEYERS:**

**Q** SIR, YOU ARE CURRENTLY A SPECIAL AGENT WITH THE FBI, CORRECT?

**A** THAT'S CORRECT.

**Q** WERE YOU PRESENT FOR THE TRIAL OF HYSEN SHERIFI IN NOVEMBER OF 2012?

**A** YES, I WAS.

**Q** YOU TESTIFIED AT THAT TRIAL, CORRECT?

**A** YES, I DID.

**Q** ON NOVEMBER 8, IMMEDIATELY FOLLOWING MR. SHERIFI'S CONVICTION, DID YOU COME IN CONTACT WITH HIM?

**A** YES, I DID.

**Q** CAN YOU PLEASE DESCRIBE THE INTERACTION.

**A** WELL, AFTER THE CONVICTION WE WERE DOWNSTAIRS WITNESSING HIM BEING FINGERPRINTED BY THE U. S. MARSHALS. AFTERWARDS WE WENT WITH THE MARSHALS AND TOOK HIM BACK TO HIS CELL.

**Q** WHAT HAPPENED AT THAT POINT?

**A** DURING THE COURSE OF THE CONCLUSION OF THE FINGERPRINTS AND WALKING HIM BACK TO THE CELL, HE MADE

SEVERAL COMMENTS TO US. THE FIRST ONE THAT I RECALL IS HE TOLD US, MYSELF AND SPECIAL AGENT HAMISH, THAT WE NEEDED TO REPENT TO ALLAH OR THAT WE WOULD GO TO HELL.

THE NEXT THING HE TOLD US WAS, HE SAID SOMETHING TO THE EFFECT THAT WE NEEDED TO REMEMBER 9/11. AND THEN THE LAST THING I RECALL HIM SAYING TO US WAS THAT HE CLAIMED TO BE A REPRESENTATIVE OF ALLAH AND THAT ALLAH GAVE HIM THE AUTHORIZATION TO KILL.

**Q** WHAT HAPPENED AT THAT POINT ON THAT DAY?

**A** AT THAT POINT WE JUST LEFT HIM.

**Q** SINCE MR. SHERIFI'S CONVICTION, HAS THE FBI CONTINUED TO MONITOR THE ACTIVITY OF MR. SHERIFI?

**A** YES, WE HAVE.

**Q** AND HOW HAS THAT BEEN DONE?

**A** WE'VE LISTENED TO SOME OF THE JAIL CALLS THAT HE'S MADE FROM THE ALBEMARLE DISTRICT JAIL, AND WE REVIEWED SOME OF HIS JAIL MAIL THAT HE SENT OUT AND RECEIVED.

**Q** IN THE LAST FEW MONTHS WAS THE FBI CONTACTED BY THE JAIL WHERE MR. SHERIFI HAS BEEN HOUSED?

**A** WE WERE ACTUALLY CONTACTED FIRST BY THE UNITED STATES MARSHAL SERVICE THAT THERE WAS A SECURITY ISSUE WITH REGARDS TO MR. SHERIFI.

**Q** AND WAS THIS SECURITY ISSUE INVESTIGATED?

**A** YES, IT WAS.

**Q** AND CAN YOU PLEASE SUMMARIZE THAT FOR THE COURT?

A    WELL, WE WERE INFORMED THAT THERE WAS AN INMATE WHO OVERHEARD MR. SHERIFI TALKING TO ANOTHER INMATE WITH REGARDS TO HIS DESIRE TO ESCAPE THE ALBEMARLE DISTRICT JAIL.  BASED ON THAT INFORMATION, WE WENT AHEAD AND INTERVIEWED SEVERAL OF THE INMATES OVER AT THE JAIL.

THE ONE INMATE CONFIRMED THAT HE HAD OVERHEARD MR. SHERIFI SPEAKING TO ANOTHER INMATE STATING THAT HE DESIRED TO ESCAPE FROM THE JAIL AND HE PLANNED ON USING C-4 EXPLOSIVES TO DO SO.  ANOTHER INMATE CONFIRMED THE CONVERSATION WITH MR. SHERIFI WHERE MR. SHERIFI INDICATED THAT HE DID WANT TO ESCAPE FROM THE JAIL.  ANOTHER INMATE TOLD US THAT AN INMATE APPROACHED HIM AND TOLD HIM THAT HE HAD HAD A CONVERSATION WITH MR. SHERIFI AND THAT THE TWO OF THEM WERE GOING TO ESCAPE FROM THE JAIL AND HE REQUESTED THIS INMATE, WHO I WENT TO INTERVIEW, TO PROCURE FOR THEM CELL PHONES, GUNS, AND C-4 EXPLOSIVES.

Q    DURING THE COURSE OF THIS INVESTIGATION, DID YOU AND THE FBI LEARN ABOUT MR. SHERIFI'S CONTINUING DESIRE TO KILL OR HARM WITNESSES?

A    YES.  ONE OF THE INMATES I INTERVIEWED TOLD ME THAT MR. SHERIFI ADMITTED TO HIM THAT HE WAS IN THE JAIL AWAITING SENTENCING ON A CHARGE WHERE HE INTENDED TO KILL THE WITNESSES.  THAT INMATE TOLD ME THAT MR. SHERIFI WAS SERIOUS ABOUT KILLING THE WITNESSES AND IT WAS THE INMATE'S BELIEF THAT MR. SHERIFI STILL INTENDED TO DO SO.

MR. MEYERS: THANK YOU, AGENT. YOUR HONOR, NO FURTHER QUESTIONS.

THE COURT: DO YOU WANT TO QUESTION THE WITNESS?

**CROSS-EXAMINATION**

**BY MR. SHERIFI:**

**Q** DID YOU SAY YOU WERE TRUTHFUL TO ME LAST TIME?

**A** YES.

MR. SHERIFI: THAT'S ALL.

THE COURT: YOU MAY STEP DOWN. ANYTHING FURTHER FOR THE GOVERNMENT?

MR. MEYERS: YOUR HONOR, AT THE APPROPRIATE TIME MR. MELVIN WEEKS, ONE OF MR. SHERIFI'S INTENDED VICTIMS, IS HERE AND WOULD LIKE TO MAKE A STATEMENT TO THE COURT.

THE COURT: I'LL BE GLAD TO HEAR FROM HIM RIGHT NOW. COME UP, SIR. YOU CAN SIT DOWN AT THE GOVERNMENT TABLE OR TAKE THE WITNESS STAND, HOWEVER YOU FEEL MORE COMFORTABLE.

MR. WEEKS: THANK YOU, YOUR HONOR.

THE COURT: HOW ARE YOU THIS AFTERNOON?

MR. WEEKS: FINE, YOUR HONOR. THANK YOU.

THE COURT: YOUR NAME?

MR. WEEKS: MELVIN WEEKS.

THE COURT: OKAY, MR. WEEKS.

MR. WEEKS: THANK YOU, YOUR HONOR, FOR GIVING ME THE OPPORTUNITY TO SPEAK HERE TODAY. A LOT OF THINGS AND

EVENTS HAVE LED US UP TO THIS POINT. IF YOUR HONOR WOULD PLEASE ME TO, I CAN BRIEFLY GIVE AN OVERVIEW OF WHAT HAS LED ME UP TO MY INTERACTION WITH HYSEN SHERIFI AND WHAT HAS ME HERE TODAY.

I MET HYSEN SHERIFI LAST YEAR WHILE I WAS STATIONED IN KOSOVO WITH THE U. S. ARMY. I'M AN AMERICAN MUSLIM AND SERVED NINE YEARS TOTAL WITH THE ARMY. OUR MISSION IN KOSOVO, WHEN I WAS THERE, WAS TO CREATE A SAFE AND SECURE ENVIRONMENT FOR ALL OF THE KOSOVO CITIZENS, AS WELL AS RESTORE FREEDOM EXISTING IN THEIR LAND. I CAN NOT SAY ENOUGH THAT IN GENERAL THE KOSOVO ALBANIANS ARE SOME OF THE MOST POOR AMERICAN, FREEDOM LOVING, AND HOSPITABLE PEOPLE THAT I HAVE EVER MET. ON ANY GIVEN ROAD YOU WILL FIND IN THAT COUNTRY MORE AMERICAN FLAGS FLYING IN THE WIND AND IN THE WINDOWS THAN YOU WILL FIND IN THE AVERAGE NEIGHBORHOODS HERE IN AMERICA.

I GOT TO MEET HYSEN SHERIFI IN SUCH A SETTING, BEFRIENDED HIM, WALKED WITH HIM ON ALMOST A DAILY BASIS FOR MONTHS. WE ATE TOGETHER, WE PRAYED TOGETHER, TRAVELED AROUND TOWN TOGETHER, AND HE WAS STAYING IN ONE OF THE NICEST HOMES THAT I HAD SEEN IN KOSOVO, WHICH HE SAID BELONGED TO HIS GRANDFATHER.

ONE DAY WHILE WE WAS IN GILANE, WHICH IS WHERE THAT HOME IS AT, HE LOOKED UP IN THE SKY, AND HE SAID THAT AS A CHILD HE WATCHED THE AMERICAN PLANES FLYING ABOVE

ATTACKING AND BOMBING SERBIAN GOVERNMENT MILITARY POSITIONS.  THIS WAS THE AMERICAN MILITARY HELPING THE KOSOVO ALBANIANS FROM THE SERBIANS WHO WAS TRYING TO ANNIHILATE THEM FROM THE EARTH AND SAVE THEM FROM MASS RAPES AND GENOCIDE.

LIKE I SAY, DURING MY TIME THERE AS A SOLDIER, WE WERE STILL FINDING MASS GRAVES WHEN I WAS THERE IN THIS REGION.  HE TOLD ME HOW HIS FAMILY WAS SAVED FROM THIS ATROCITY AND BROUGHT TO AMERICA, MADE IT TO AMERICA. BECAUSE OF THE CHARACTER OF HIS PARENTS, THEY WAS ABLE TO ESCAPE THIS WAR, WHICH IS A DREAM OF ANY KOSOVO ALBANIAN. IN SPITE OF THAT OPPORTUNITY, HERE I WAS WALKING WITH A MAN WHO, ON A DAILY BASIS, TALKED ABOUT THE DESTRUCTION OF NON-MUSLIMS AND THE DOWNFALL OF THE UNITED STATES, THE VERY PEOPLE WHO GAVE HIM THE OPPORTUNITY.

HERE I WAS LISTENING TO STORIES OF ANWAR AL AWLAKI, OSAMA BIN LADEN, AND HOW THE VERY ALBANIANS SURROUNDING US IN THAT TOWN AND THAT COUNTRY WERE ONLY MUSLIM BY NAME. HOW HIS OWN MOTHER AND FATHER, ACCORDING TO HIM, WERE GOING TO BURN IN HELL BECAUSE THEY DIDN'T PRAY.  HE BRAGGED ABOUT HOW HE STRUCK HIS OWN SISTER BECAUSE SHE WASN'T COVERED THE WAY HE THOUGHT SHE SHOULD BE COVERED. HE ATTEMPTED TO CONDITION ME AND TRANSFORM ME INTO AN ENEMY, NOT JUST OF KOSOVO AND AMERICA, BUT AN ENEMY TO THE FREE WORLD AND HUMANITY ITSELF.

ON ONE OF THOSE DAYS, I WATCHED HYSEN SHERIFI PUT A KNIFE IN A CHILD'S HAND AS WE SAT WITH SOME OF HIS TERRORIST BUDDIES.  AS THAT LITTLE BOY RAN AROUND THE OLDER, SMALL LIVING ROOM CHASING HIS SIX YEAR OLD SISTER WITH THE KNIFE, HYSEN BRAGGED ABOUT HOW THAT LITTLE BOY WAS GOING TO BE A GOOD MUJAHIDEEN, A SOLDIER OF ALLAH. THAT'S THE HYSEN SHERIFI THAT I KNOW.  IN MY OPINION, HE'S THE DEVIL MANIFESTED HERE ON EARTH WALKING AMONGST US.

WHEN I WAS WITH HIM, I WAS IN DANGER EVERYDAY.  I KNEW AT ANY MOMENT THAT HIM AND HIS FRIENDS COULD FIND OUT THAT I WAS ACTUALLY AN AMERICAN SOLDIER, UNARMED, SURROUNDED BY THEM WHO WERE ARMED, MOST OF THE TIME, IN REMOTE AREAS.  I SAT IN CONVERSATION WITH HYSEN AND HIS FRIENDS ABOUT THE ASSASSINATIONS OF POLICE AND AUTHORITY FIGURES THAT THEY HAD COMMITTED, AND I DID EXPRESS TO MY SUPERVISORS AND MEMBERS OF THE FBI THAT ONCE HYSEN REALIZES FROM ME KNOWING HIM THAT I'M ACTUALLY A DEVOUT ENEMY OF HIMSELF AND AN AMERICAN SOLDIER, THAT EITHER HIMSELF OR LIKE SYMPATHIZERS WILL ATTEMPT TO KILL ME AND POSSIBLY MEMBERS OF MY FAMILY.  THIS WAS CLEAR TO ME, FROM KNOWING HYSEN ON A PERSONAL LEVEL AND WAY BEFORE HE EVEN MADE IT BACK TO THE UNITED STATES TO ATTEMPT TO CARRY OUT THE TERRORIST ACTS THAT HE WAS CONVICTED FOR IN OUR COUNTRY.  IT WAS A MATTER OF WEEKS, NOT DAYS, AFTER MY TESTIMONY HE BEGAN PLOTTING AND PLANNING MY DEMISE, LIKE

THE PREDATOR THAT HE IS, EXACTLY AS I HAD WARNED.

BEFORE I TESTIFIED, I APPROACHED MY ENTIRE WEEKS FAMILY AND I WARNED THEM WHAT I WAS ABOUT TO DO. I SHARE MY NAME WITH THEM, AND THEY HAD A RIGHT TO KNOW THAT ALTHOUGH I SWORE TO DEFEND AMERICA, AS MOST OF THEM HAD DID WHEN THEY WAS YOUNGER, IT WAS NOW ALL OF US AT RISK BECAUSE OF THE PRICE OF THAT FREEDOM. RESOUNDINGLY, I TELL THE PEOPLE HERE OF NORTH CAROLINA THAT THE WEEKS FAMILY, WHOSE ANCESTORS ARE FROM HERE, FROM NORTH CAROLINA, SAID THAT THEY STAND BY NORTH CAROLINA AND THE UNITED STATES, AND EVERY LAST ONE OF THEM TOLD ME TO GO DO WHAT'S RIGHT AND TESTIFY AGAINST HYSEN. I WAS HUMBLED BY MY FAMILY'S COURAGE, BUT IN THE WAR BETWEEN AMERICA AND ITS ENEMIES, ANY SOLDIER WILL TELL YOU THAT COURAGE BECOMES NOT UNIQUE BUT COMMONPLACE.

AFTER THE THREATS TO MY LIFE BECAME MANIFEST, THE IMPACT ON MY FAMILY WAS DEVASTATING. I COULD NOT GO TO FAMILY FUNCTIONS. I HAD TO MEET SOME OF MY CLOSEST FAMILY MEMBERS IN REMOTE PLACES WHERE NO ONE KNEW US. MY EXTENDED FAMILY OUTSIDE OF THE UNITED STATES HAD TO TAKE EXTREME SECURITY MEASURES FOR THEIR OWN SAFETY. EVERYONE WAS CONSTANTLY FILTERING AND SCREENING PHONE CALLS, E-MAILS, LOOKING OVER THEIR SHOULDERS FOR A FACELESS ENEMY. THIS IS WHAT IT MEANS AT A NATIONAL LEVEL TO BE PUT -- THIS IS WHAT IT MEANS TO BE PUT ON A LIST OF A

TERRORIST WHO IS AT A NATIONAL LEVEL.

WHEN WE WAS IN KOSOVO, HYSEN SENT ME A VIDEO ONE DAY OF A MAN NAMED FORHAN HAJI MOSE BEING BEHEADED BY A SOMALIAN TERRORIST GROUP CALLED AL SHABAAB, ONE OF THE MANY GROUPS HE TRIED TO CONVINCE ME TO JOIN, BY THE WAY. THIS MAN FORHAN WAS ACCUSED OF BEING A SPY BY THIS TERRORIST GROUP AND LEAVING ISLAM. HYSEN THOUGHT BY ME SEEING IT, IT WOULD INSPIRE ME TO WHAT HE CALLED JIHAD. HOWEVER, IT ONLY GALVANIZED MY RESOLVE OF TRYING TO STOP HYSEN AND HIS ASSOCIATES BECAUSE ON THAT VIDEO, FORHAN SAT THERE UNDER A KNIFE THAT WAS BEING BRUSHED THROUGH HIS HAIR LISTENING TO HIS SOON-TO-BE-MURDERERS STANDING ABOVE HIM SAYING HOW HE DESERVED THE DEATH THEY WAS ABOUT TO GIVE HIM. WHEN THEY THREW HIM TO THE GROUND AND BEGAN SLOWLY CUTTING HIS HEAD, FORHAN NEVER CRIED OUT. HE DID NOT FLINCH; HE DID NOT RESIST, AND IN ISLAM WE CALL IT YAKEEM, OR SURETY.

I HOPE NOW THAT I HAVE THAT SURETY AND COURAGE ON THIS DAY THAT I'M FACING HYSEN. HYSEN IS A SOLDIER OF THIS DEVILISH IDEOLOGY AND I'M A SOLDIER OF AMERICA AND MY GOD. WE BOTH KNOW THAT ULTIMATELY THERE IS NO HARD FEELINGS FOR WHATEVER HAPPENS TO EITHER OF US, ME AND HYSEN, BECAUSE WE BOTH KNOW THAT THERE IS NO PACT BETWEEN LIARS AND MEN.

HOWEVER, WE, THE AMERICAN MUSLIMS, JEWS, CHRISTIANS

AND THE LIKE WHO REPRESENT RIGHTEOUSNESS, HAVE WON IN THIS PARTICULAR FIGHT AGAINST HYSEN AND HIS COMPANIONS. WE ALL STAND AT THE TIP OF THE ARROW IN THIS WAR AGAINST TERRORISM AND THOSE WHO SEEK TO BEHEAD THE CHILDREN OF ADAM FOR EXERCISING THE GIFT GOD GAVE US, THE GIFT OF FREEDOM, FREEDOM TO CHOOSE OUR OWN DESTINY AS HE CHOSE HIS FREEDOM TO CHOOSE FROM THE TREE OR NOT, TO BE RELIGIOUS OR NOT, TO WORSHIP ISLAM OR CHRISTIANITY OR NOT WORSHIP AT ALL. THAT FREEDOM IS OUR AMERICAN SOUL. IT WAS IN THE HEART OF THE PILOT THAT WAS FLYING ABOVE HYSEN WHEN HE WAS LOOKING UP THAT DAY WHEN HE WAS YOUNG, AND THAT FREEDOM REPRESENTED BY OUR AMERICAN FLAG WILL BLOW IN THE WIND, EVEN IF IT'S BY THE VERY LAST BREATH OF THE LAST AMERICAN ALIVE IN THIS COUNTRY.

I RECOMMEND TO THE COURT THAT WE TAKE THAT FREEDOM NOW FROM HYSEN FOR THE REST OF HIS NATURAL LIFE AND THIS DARKNESS THAT EMANATES IN THIS MAN, AND HE BE REMANDED TO A MAXIMUM SECURITY PRISON IN A CELL FOR NO LESS THAN 23 HOURS A DAY, GUARDED AND DEVOID OF CONTACT FROM ANY OTHER CITIZEN LOCKED UP WITH HIM, OR NOT LOCKED UP WITH HIM. THAT WOULD MEAN THE SONS AND DAUGHTERS OF ADAM AND THIS COURT WILL HAVE TO FIND A COMMONPLACE AND COURAGE THIS DAY AS A LIFE SENTENCE, I'M SURE, IS NOT EASILY GIVEN BY COURTS. HOWEVER, LIFE SHOULD NOT BE TAKEN FROM US EASILY BY PEOPLE LIKE HYSEN AS WELL.

LASTLY, ON THE INTERNET HYSEN USED TO GO BY THE NICKNAME OF UMAR IBN AL'KATAB. I FOUND THAT AMAZING BECAUSE TRUE FOLLOWERS OF ISLAM KNOW THAT UMAR IBN AL'KATAB WAS KNOWN FOR HIS PIOUS AND JUST NATURE AND HE HAD THE NICKNAME OF AL-FARUQ. THIS MEANS THE ONE WHO DISTINGUISHES BETWEEN RIGHT AND WRONG. IT WAS UMAR, ACCORDING TO THE JEWS, THAT SET ASIDE THE CHRISTIAN BAN ON JEWS AND ALLOWED JEWS INTO JERUSALEM AND TO WORSHIP WHILE HE WAS IN POWER. UMAR WAS THE BEST FRIEND OF THE PROFIT MOHAMED, THIS GREAT LEADER WHO DISGUSTINGLY HID BEHIND, WAS HIMSELF KILLED BY MUSLIM EXTREMISTS WHILE HE WAS LEADING PRAYER. AND WHEN HE WAS DYING FROM HIS WOUNDS, UMAR'S LAST WORDS WAS ADVICE TO HIS SUCCESSORS. HE SAID, PROTECT THE THIMI, WHICH MEANS CHRISTIANS AND JEWS LIVING IN MUSLIM LANDS, AND KEEP YOUR TREATISE AND AGREEMENTS WITH THEM SUCH AS THEIR RIGHT TO WORSHIP FREELY, EVEN IN MUSLIM LANDS, AND FIGHT ON THEIR BEHALF TO SECURE THEIR SAFETY; BE HARD AGAINST THOSE WHO VIOLATE THE LAW AND SHOW THEM NO MERCY. ACCORDING TO SHARIA LAW, WHICH HYSEN WISHES WE HAD HERE TODAY, A PERSON CONVICTED OF TERRORISM OR WHAT WE CALL HARRIBA, AND ATTEMPTING KILLING OF INNOCENT PEOPLES, IS A PERSON WHO CREATES MISCHIEF IN THE LAND. IT IS THE ONLY CRIME IN SHARIA AND IN ISLAM WHERE WE ARE INSTRUCTED BY A LAW TO SHOW NO MERCY, THE ONLY CRIME.

YOUR KIND, HYSEN, IS NOT NEW.  PEOPLE BEFORE YOU DID SIMILAR ACTS AND AFTER YOU ARE STILL CONVINCING THEIR YOUNGER BROTHERS AND OTHERS TO CARRY OUT ACTS OF MURDER AND TERRORISM.  THE MUSLIMS HAVE BEEN FIGHTING YOUR KIND SINCE OUR INCEPTION AND THE DUST WILL NEVER SETTLE ON OUR FIGHT AGAINST YOU, BECAUSE OUR LORD IS ON OUR SIDE AND NO ONE BUT THE DEVIL IS ON YOURS.  MAY ALLAH BLESS AMERICA AND KEEP US SAFE FROM YOU AND YOUR COMPANIONS FOREVER.

THANK YOU, YOUR HONOR.

**THE COURT:**  MR. WEEKS, LET ME CLARIFY.  YOU TESTIFIED IN THE TRIAL IN NEW BERN?

**MR. WEEKS:**  YES, SIR.

**THE COURT:**  YOU WERE A COOPERATING WITNESS; IS THAT CORRECT?

**MR. WEEKS:**  YES, SIR.

**THE COURT:**  AND YOU WERE ONE OF THE TARGETS OF THE PLOT, CONSPIRACY IN THIS CASE; IS THAT CORRECT?

**MR. WEEKS:**  YES, SIR.  THAT IS CORRECT.

**THE COURT:**  YOU MAY STEP DOWN AND I THANK YOU VERY MUCH.

**MR. WEEKS:**  THANK YOU, SIR.

**MR. MEYERS:**  YOUR HONOR, THE GOVERNMENT HAS NO FURTHER WITNESSES AND OTHER VICTIMS HAVE BEEN NOTIFIED BUT DO NOT WISH TO MAKE A STATEMENT.  THE GOVERNMENT HAS ARGUMENT.

**THE COURT:** I WILL HEAR WHATEVER OTHER ARGUMENTS YOU WANT TO MAKE.

**MR. MEYERS:** YES, SIR. YOUR HONOR, AS HAS BEEN SHOWN AND HAS BEEN PROVED IN THE PAST SEVERAL YEARS, HYSEN SHERIFI IS A MAN THAT CANNOT BE DETERRED FROM HIS PLOTS AND GOALS OF KILLING PEOPLE. IN OCTOBER OF 2011, HE WAS CONVICTED OF TERRORISM CHARGES AND WHILE AWAITING WHAT WOULD EVENTUALLY BECOME HIS 45 YEAR SENTENCE, HE ENTERED INTO THE PLOT HE'S CURRENTLY GOING TO BE SENTENCED FOR, A PLOT TO MURDER PEOPLE WHO WERE DOING THEIR JOB AND DOING THE RIGHT THING.

WHY DID HE WANT TO DO THIS? HE WANTED TO DO IT TO THWART JUSTICE. HE WANTED TO PREVENT THEIR FUTURE TESTIMONY, PREVENT THEIR TESTIMONY AGAINST ANYBODY ELSE AND HIM, AND HE WANTED EVERYBODY TO KNOW THAT HE HAD DONE IT.

AS YOUR HONOR HEARD DURING THE TRIAL, THERE WERE MULTIPLE RECORDINGS PLAYED OF MR. SHERIFI'S OWN WORDS WHERE YOU COULD HEAR HIM DISCUSS EXACTLY WHAT HE WANTED TO HAPPEN TO PEOPLE. HE WANTED THEM TO BE BEHEADED; HE WANTED THOSE THREE FBI AGENTS TO BE BEHEADED. HE WANTED THOSE COOPERATING WITNESSES TO BE BEHEADED, AND WHAT DID HE WANT TO HAPPEN AT THAT POINT? HE WANTED IT TO BE MAILED TO THE FBI, TO THE MOSQUE, SOMETHING TO GET THE WORD OUT TO THE COMMUNITY WHAT WILL HAPPEN IF YOU

COOPERATE AGAINST HIM. AND HE WANTED SPECIFICALLY DOCUMENTARY PROOF. AND THIS MAN INSTRUCTED DAVID KROMEY, THE MAN THAT HE THOUGHT WAS WORKING WITH HIM, TO TELL THOSE PEOPLE BEFORE THEY DIED THIS IS FROM SHERIFI, SO THEY WOULD KNOW WHO WAS DOING THIS TO THEM.

YOUR HONOR, YOU ALSO HEARD, AND THE JURY HEARD HIS OWN WORDS AND HIS OWN LACK OF REMORSE AND HIS EXCITEMENT WHEN THAT DOWN PAYMENT WAS FINALLY REACHED. HE HAD ENOUGH MONEY TO KILL THE VERY FIRST PERSON ON HIS LIST. AS SOON AS HE HAD THE PICTURE PROVIDED BY THE FBI, OF WHAT HE THOUGHT WAS A BEHEADED BODY, HE BEGAN MOVING RIGHT INTO WORK AND RAISING MONEY AND FIGURING OUT HOW TO DO IT FOR THE NEXT PEOPLE ON HIS LIST. BUT FOR THE CHANCE OF LUCK THAT HE TRIED TO ENLIST THE HELP OF SOMEONE WHO WAS ALREADY COOPERATING IN JAIL, WHO THEN NOTIFIED AUTHORITIES AND CONTINUED COOPERATING, THE VERY TYPE OF PERSON HE WANTED TO KILL AND THE GOOD INVESTIGATION OF THE FBI TO DETERMINE WHO HE WAS WORKING WITH ON THE OUTSIDE, BECAUSE HE CERTAINLY COULDN'T DO IT ON HIS OWN LOCKED UP, HE MIGHT HAVE BEEN SUCCESSFUL. AND IT'S THOSE PEOPLE WHO HAVE BEEN IMPACTED BY IT. IT'S THE FBI AGENTS WHO WERE THREATENED FOR DOING THEIR JOB.

FROM A PURELY MONETARY STANDPOINT, THOUSANDS OF DOLLARS HAD TO BE SPENT ON SECURITY ENHANCEMENTS AND IMPROVEMENTS AND MEASURES TO BE TAKEN, BECAUSE WHEN NOTICE

FIRST CAME THAT HE WAS PLOTTING TO KILL PEOPLE ON THE OUTSIDE, THE GOVERNMENT AND ANYBODY ELSE DIDN'T KNOW WHAT THE FULL SCOPE OF THE CONSPIRACY WAS.

WHEN MR. WEEKS WAS NOTIFIED, THE FBI AND THE GOVERNMENT WAS NOT SURE WHO HE WAS WORKING WITH. IT WAS NOT UNTIL LATER THAT THEY WERE ABLE TO DETERMINE IT WAS HIS BROTHER AND NEVINE ELSHIEKH ON THE OUTSIDE. AFTER ALL OF THIS, AFTER BEING CONVICTED OF THIS PLOT TO MURDER WITNESSES, AS YOUR HONOR JUST HEARD TESTIMONY FROM AGENT LANGTRY, IMMEDIATELY THAT VERY DAY HE TOLD AGENTS THAT HE HAD BEEN AUTHORIZED TO KILL. OVER THE PAST COUPLE OF MONTHS, BECAUSE OF THAT AND HIS PAST BEHAVIOR, HE'S BEEN MONITORED, AND AS AGENT LANGTRY TOLD YOU AS WELL, AS RECENTLY AS THE LAST FEW MONTHS HE STILL INTENDS TO KILL WITNESSES AND HE HAS BEEN ACTIVELY SEEKING OUT WAYS TO ESCAPE, TO ACQUIRE WEAPONS AND HARM PEOPLE.

YOUR HONOR, BECAUSE OF ALL OF THOSE REASONS, THE GOVERNMENT ASKS THAT THE MAXIMUM PUNISHMENT BE IMPOSED ON HYSEN SHERIFI OF LIFE IMPRISONMENT. THANK YOU.

**THE COURT:** ALL RIGHT. WELL, THERE CAN BE NO DOUBT THAT HYSEN SHERIFI, THE DEFENDANT IN THIS CASE, VIVIDLY MEETS THE DEFINITION OF TERRORIST. IT'S SAD TO SEE A MAN SUCH AS YOU, MR. SHERIFI, WITH SUCH WARPED FEELINGS ABOUT YOUR RELIGION. I DON'T CRITICIZE YOUR RELIGION, IT'S WHATEVER YOU THINK IT IS, BUT THERE'S A

STARKLY CONTRASTING VIEW, AS JUST EXPLAINED BY THE WITNESS A MOMENT AGO.  BUT IN THIS NATION, UNDER OUR CONSTITUTION, EVERY PERSON HAS AN ABSOLUTE RIGHT TO WORSHIP ANY GOD HE OR SHE CHOOSES TO WORSHIP; OR TO WORSHIP NO GOD, IF THAT'S HIS CHOICE.

THIS NATION, WE WERE BUILT ON THE FOUNDATION OF SEPARATION OF CHURCH AND STATE SO THAT OUR STATE DOES NOT DICTATE EITHER THAT WE WORSHIP A GOD OR WHAT GOD WE SHOULD WORSHIP IF WE DECIDE TO WORSHIP ONE.  THAT IS A CHOICE PROTECTED BY THE FIRST AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES.

I NEED NOT GO ON HERE.  THIS TRIAL AND THE UNDERLYING FACTS ON IT HAVE BEEN BROUGHT OUT IN THIS COURTROOM AND IN THE COURTROOM IN NEW BERN BEFORE JUDGE FLANAGAN.  BUT WITH REGARD TO THIS CASE, THE ABSOLUTE WORST PART, IN MY VIEW, IS THAT IN YOUR EFFORTS TO PURSUE WHATEVER AGENDA YOU ARE TRYING TO PURSUE, YOU HAVE INVOLVED AND DESTROYED YOUR OWN BROTHER AND A YOUNG LADY, NEVINE ELSHIEKH, WHOM YOU MISLED INTO BELIEVING THAT YOU WERE INTERESTED IN SOME KIND OF ROMANTIC RELATIONSHIP WITH HER, OBVIOUSLY FOR THE REASON OF GAINING HER TRUST AND GETTING HER TO ASSIST YOU IN YOUR NEFARIOUS ACTIVITIES AT THE TIME.

EXCEPT AS HERETOFORE STATED, THE COURT FINDS THE BASIS FOR THE FINDINGS CONTAINED IN THE PRESENTENCE REPORT CREDIBLE AND RELIABLE AND THEREFORE ADOPTS THOSE FINDINGS.

BASED ON THOSE FINDINGS, THE COURT HAS CALCULATED THE IMPRISONMENT RANGE PRESCRIBED BY THE ADVISORY SENTENCING GUIDELINES. THE COURT HAS CONSIDERED THAT RANGE AS WELL AS OTHER RELEVANT FACTORS SET FORTH IN THE ADVISORY SENTENCING GUIDELINES AND THOSE SET FORTH IN 18 U.S.C. SECTION 3553(A).

PURSUANT TO THE SENTENCING REFORM ACT OF 1984 AND IN ACCORDANCE WITH THE SUPREME COURT DECISION IN *UNITED STATES AGAINST BOOKER*, IT IS THE JUDGMENT OF THE COURT THAT THE DEFENDANT, HYSEN SHERIFI, IS HEREBY COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS TO BE IMPRISONED FOR A TERM OF 120-MONTHS ON COUNTS ONE, TWO, THREE AND FOUR AND FIVE AND A TERM OF LIFE IMPRISONMENT ON COUNTS SIX, SEVEN, EIGHT AND NINE, ALL TO BE SERVED CONCURRENTLY. THE TERM OF IMPRISONMENT IMPOSED BY THIS JUDGMENT SHALL RUN CONSECUTIVELY TO THE DEFENDANT'S IMPRISONMENT UNDER ANY PREVIOUS STATE OR FEDERAL SENTENCE.

UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT SHALL BE PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS. THIS TERM CONSISTS OF A TERM OF THREE YEARS ON COUNTS ONE, TWO, THREE, FOUR AND FIVE, AND A TERM OF FIVE YEARS ON COUNTS SIX, SEVEN, EIGHT AND NINE, ALL TO RUN CONCURRENTLY. WITHIN 72 HOURS OF RELEASE FROM THE CUSTODY OF THE BUREAU OF PRISONS, THE DEFENDANT SHALL REPORT IN PERSON TO THE PROBATION OFFICE IN THE DISTRICT TO WHICH HE

IS RELEASED.

WHILE ON SUPERVISED RELEASE, HE SHALL NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME AND SHALL NOT ILLEGALLY POSSESS A CONTROLLED SUBSTANCE.  HE SHALL NOT POSSESS A FIREARM OR DESTRUCTIVE DEVICE.  HE SHALL COMPLY WITH THE STANDARD CONDITIONS THAT HAVE BEEN ADOPTED BY THE COURT AND THE FOLLOWING ADDITIONAL CONDITIONS.

HE SHALL CONSENT TO WARRANTLESS SEARCH BY THE UNITED STATES PROBATION OFFICER, OR AT THE REQUEST OF THE PROBATION OFFICER, ANY LAW ENFORCEMENT OFFICER, OF HIS PERSON AND PREMISES, INCLUDING ANY VEHICLE, TO DETERMINE COMPLIANCE WITH THE CONDITION OF THIS JUDGMENT.  HE SHALL COOPERATE IN THE COLLECTION OF DNA, AS DIRECTED BY THE PROBATION OFFICE.  THE DRUG TESTING CONDITION REQUIRED BY 18 U.S.C. SECTION 3608, IS SUSPENDED BASED UPON THE COURT'S DETERMINATION THAT THE DEFENDANT POSES A LOW RISK OF FUTURE SUBSTANCE ABUSE.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY THE UNITED STATES A SPECIAL ASSESSMENT OF $900, DUE IMMEDIATELY.  ALTHOUGH PROVISIONS OF THE VICTIM AND WITNESS PROTECTION ACT ARE APPLICABLE, AS THERE WAS NO IDENTIFIABLE LOSS ASSOCIATED WITH THE OFFENSE, RESTITUTION IS NOT AT ISSUE.

IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL PAY TO THE UNITED STATES A FINE OF $3,500.  THE COURT FINDING HE

IS WITHOUT ABILITY TO SATISFY A FINE WITHIN THE GUIDELINE RANGE OR PAY INTEREST, THEREFORE INTEREST IS WAIVED. PAYMENT OF THE TOTAL FINE SHALL BE DUE IN FULL IMMEDIATELY.

HYSEN SHERIFI, YOU CAN APPEAL YOUR CONVICTION IF YOU BELIEVE THAT YOUR CONVICTION WAS SOMEHOW UNLAWFUL OR IF THERE'S SOME OTHER FUNDAMENTAL DEFECT IN THE PROCEEDING. YOU ALSO HAVE A STATUTORY RIGHT TO APPEAL YOUR SENTENCE UNDER CERTAIN CIRCUMSTANCES, PARTICULARLY IF YOU THINK THE SENTENCE IS CONTRARY TO LAW.  WITH FEW EXCEPTIONS, ANY NOTICE OF APPEAL MUST BE FILED WITHIN 14 DAYS OF JUDGMENT BEING ENTERED IN YOUR CASE.  IF YOU ARE UNABLE TO PAY THE COST OF AN APPEAL, YOU MAY APPLY FOR LEAVE TO APPEAL IN FORMA PAUPERIS.  IF YOU REQUEST, THE CLERK OF COURT WILL PREPARE AND FILE A NOTICE OF APPEAL ON YOUR BEHALF.  MAY GOD HAVE MERCY ON YOUR SOUL.

MR. MARSHAL, HE'S IN YOUR CUSTODY.

**MR. WEEKS:**  HE KNOWS THERE'S A REALITY THAT YOU SHALL COME TO KNOW.  YOU SHALL COME TO KNOW.

END OF TRANSCRIPT

CERTIFICATE

THIS IS TO CERTIFY THAT THE FOREGOING TRANSCRIPT OF PROCEEDINGS TAKEN AT THE CRIMINAL SESSION OF UNITED STATES DISTRICT COURT IS A TRUE AND ACCURATE TRANSCRIPTION OF THE PROCEEDINGS TAKEN BY ME IN MACHINE SHORTHAND AND TRANSCRIBED BY COMPUTER UNDER MY SUPERVISION.

THIS THE 27TH DAY OF APRIL, 2018.


/S/ DONNA J. TOMAWSKI

DONNA J. TOMAWSKI
OFFICIAL COURT REPORTER